Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:24-cr-00257-DJC-2

Case title: USA v. Humber, et al.                    Date Filed: 09/05/2024

Assigned to: District Judge Daniel J. Calabretta

### Defendant (2)
**Matthew Robert Allison**

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

### Plaintiff
| **USA** | represented by | **Angela Louise Scott , GOVT** |
| --- | --- | --- |
| | | United States Attorney's Office |
| | | 501 I Street |
| | | Suite 10-100 |
| | | Sacramento, CA 95814 |
| | | 916-554-2700 |
| | | Fax: 916-554-2900 |
| | | Email: angela.scott3@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2024 | 7 | MINUTE ORDER (Text Only Entry) as to Dallas Erin Humber and Matthew Robert Allison issued by Courtroom Deputy N. Cannarozzi for Magistrate Judge Jeremy D. Peterson on 9/9/2024: CASE UNSEALED as to Dallas Erin Humber and Matthew Robert Allison at the request of the assigned U.S. Attorney. (Cannarozzi, N) (Entered: 09/09/2024) |