**FILED**

Sep 05, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney

    United States Attorney's Office
    501 I Street, Suite 10-100
    Sacramento, CA. 95814
    Telephone: (916) 554-2700

KRISTEN CLARKE
Assistant Attorney General, Civil Rights Division
CHRISTOPHER J. PERRAS
Special Litigation Counsel

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-3847

MATTHEW G. OLSEN
Assistant Attorney General, National Security Division
JACOB WARREN
Trial Attorney

    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    Telephone: (202) 514-2007

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-cr-0257 DJC |
|     Plaintiff, | 18 U.S.C. § 371 – Conspiracy; 18 U.S.C. § 373 – Solicitation of Hate Crimes (4 Counts); 18 U.S.C. § 373 – Solicitation of the Murder of Federal Officials (3 Counts); 18 U.S.C. § 119 – Doxing Federal Officials (3 Counts); 18 U.S.C. § 875(c) – Interstate Threatening Communications; 18 U.S.C. § 842(p) – Distribution of Information Relating to Explosives and Destructive Devices (2 Counts); 18 U.S.C. § 2339A – Conspiracy to Provide Material Support to Terrorists; and 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
|     v. | |
| DALLAS ERIN HUMBER, and MATTHEW ROBERT ALLISON, | |
|     Defendants. | |

I N D I C T M E N T

1

**GENERAL ALLEGATIONS**

The Grand Jury charges, T H A T:

At all times relevant to the indictment:

**The Terrorgram Collective**

1.      Telegram Messenger ("Telegram") is a digital communications platform that allows users from around the world to send encrypted one-on-one messages, participate in group chats, share files, and operate and subscribe to "channels" that broadcast messages and content.

2.      "The Terrorgram Collective," commonly referred to as "Terrorgram"—a combination of the words "terrorism" and "Telegram"—is a network of channels, group chats, and users on Telegram that promote white supremacist accelerationism: an ideology centered on the belief that the white race is superior; that society is irreparably corrupt and cannot be saved by political action; and that violence and terrorism is necessary to ignite a race war and "accelerate" the collapse of the government and the rise of a white ethnostate.

3.      To achieve its vision of white revolution and domination, Terrorgram solicited terrorist attacks, including, but not limited to:

      a.  Bias-motivated attacks against groups deemed by Terrorgram to be enemies of the white race;

      b.  Attacks on government infrastructure, such as government buildings and energy facilities, which Terrorgram believes will ignite a race war and help accelerate the collapse of government and society; and

      c.  Attacks on "high-value targets"—like politicians and government officials—whom Terrorgram sees as perpetuating an irredeemable society and whose murders Terrorgram believes would sow chaos and further accelerate the government's downfall.

4.      Defendants MATTHEW ROBERT ALLISON ("ALLISON") and DALLAS ERIN HUMBER ("HUMBER") joined Terrorgram in 2019, and became leaders of the group in the summer of 2022, after one previous leader was arrested and charged with terrorism offenses and another became aware that he was the subject of a terrorism related investigation.  As leaders of the Terrorgram Collective, ALLISON and HUMBER ran Terrorgram channels and group chats; contributed to and disseminated

1    Terrorgram videos and publications, such as The Hard Reset, White Terror, and The List; solicited

2    Terrorgram users to commit bias-motivated attacks against racial enemies and terrorist attacks on critical

3    infrastructure; provided guidance and instructions to equip Terrorgram users to carry out those attacks;

4    and inspired Terrorgram users to become "Saints" by committing an attack in furtherance of white

5    supremacist accelerationism.

**The Hard Reset**



18    5.    "The Hard Reset" is a digital publication explaining and justifying Terrorgram ideology;

19    providing detailed instructions and tactical advice for carrying out bias-motivated violence and

20    committing terrorist attacks on critical infrastructure; providing instructions for making bombs and

21    explosives, including Napalm, thermite, chlorine gas, pipe bombs, and dirty bombs; identifying targets

22    to attack; instructing readers how to effectively run a terror cell; celebrating terrorist attacks and violent

23    extremism; and inciting readers to terrorist action in support of Terrorgram's cause.

24    6.    ALLISON and HUMBER, working together and in collaboration with persons known

25    and unknown to the Grand Jury, helped create, edit, and disseminate The Hard Reset.

26    7.    HUMBER narrated "The Hard Reset" and disseminated it in audiobook form.

27    //

28    //

3

**White Terror**

8. "White Terror" is a 24-minute documentary, jointly produced and disseminated by HUMBER and ALLISON, chronicling and celebrating 105 white supremacist attacks perpetrated between 1968 and 2021.  HUMBER narrated the documentary, which includes graphic videos and photographs of the attacks.  The documentary opens with the message: "Between 1968 and 2021, 105 white men and women of action have taken it upon themselves to wage war against the system and our racial enemies.  Our Saints are the best of our brothers, and this is our legacy of white terror."  After chronicling each of the attacks, the documentary concludes with the message: "To the Saints of tomorrow watching this today, know that when you succeed you will be celebrated with reverence and your sacrifice will not be in vain.  Hail the Saints and hail our glorious and bloody legacy of white terror."

**The List**

9. "The List" is a hit list of "high-value targets" for assassination.  The List includes a "List card" for each target that displays the target's name, home address, and photograph; and a photograph of the target's residence, if available.

10. Individuals named in The List, many of whom were targeted because of race, religion, national origin, sexual orientation, and/or gender identity, include federal officials—such as a United States Senator (Federal Official 1), a United States District Court Judge (Federal Official 2),  and a former United States Attorney (Federal Official 3); state officials; municipal officials; and leaders of private companies and non-governmental organizations.  The following are redacted versions of the List cards for Federal Officials 1-3:



11.     Each List card includes reasons why Terrorgram considered the target an enemy of the cause of white supremacist accelerationism.  For example, The List describes Federal Official 1 as "an Anti-White, Anti-gun, Jewish Senator"; The List calls Federal Official 2 "an invader" from a foreign country and highlighted the judge's ruling on an immigration issue; and The List refers to Federal Official 3 as the "[f]irst [racial slur] U.S. Attorney" in Federal Official 3's jurisdiction.

12.     ALLISON operated The List channels and archives, and collaborated on The List with others known and unknown to the Grand Jury, including HUMBER.

13.     ALLISON and HUMBER disseminated versions of The List on Terrorgram by posting links and List cards in their chats and channels and by sending links and List cards to Terrorgram users via direct message.

14.     When disseminating The List, ALLISON included comments encouraging users to take action, including, but not limited to, the following:

    a.  "Take Action Now"

    b.  "Do your part"

    c.  "Remember change starts with you. No one is coming to save us."

    d.  A short story that concludes, "The List would do for killing what the printing press had done for literacy."

15.     ALLISON and HUMBER provided guidance to Terrorgram users seeking to attack List targets.  For example, on or about April 26, 2022, a Terrorgram user posted in HUMBER's group chat: "I saw your 'THE LIST' channel" and "do you have any targets near cascadia?"  In response, an administrator of THE LIST channel posted a List card for a target residing in Seattle, Washington, and HUMBER tagged the user who had asked the question.  The user replied, "we already have this one" but "make sure to [tag] me for any more in that location."  HUMBER replied, "will do."  On or about May 3, 2022, HUMBER posted the List card for another target residing in Seattle, Washington, and again tagged the user.  The user replied, "Very good i'll check with my guys now."

**Solicitation of Bias-Motivated Attacks**

16.     ALLISON and HUMBER used Terrorgram channels, chats, and direct messages to solicit Terrorgram users to commit bias-motivated attacks targeting victims because of their race, religion,

5

1  national origin, sexual orientation, and gender identity. Examples include, but are not limited to, the

2  following:

3      a.  On or about July 4, 2023—during protests in France following the fatal police shooting

4          of Nahel Merzouk—HUMBER posted a photograph of a sniper aiming a rifle, with the

5          caption: "A MESSAGE TO ARMED AND POTENTIALLY LETHAL FRENCH BROS:

6          Don't cower in your rooms, waiting for the nigger riots to stop. Instead, load your

7          magazines and get cozy. You know what to do – what MUST be done. Every fiber of

8          your being knows. Don't second-guess your Racial Duty. Don't breathe a word of what

9          you're planning to anyone, and make every shot count."

10      b.  On or about June 22, 2023, HUMBER posted (and ALLISON re-posted): "Just this week

11          in fact the Justice Department announced it had arrested a man alleged to have been

12          threatening violent disruption of Nashville's upcoming Pride celebration — with

13          'shrapnel pressure cooker bombs' or 'a mass shooting.' ACTION > THREATS. If you're

14          terrorpilled enough to KNOW WHAT MUST BE DONE keep your fucking mouth shut

15          and 👏MAKE👏IT👏HAPPEN👏 Fag month isn't over yet there's still time... 😵

16          HAIL HOLY TERROR"

17      c.  On or about June 1, 2023, HUMBER posted: "Well lads, it's officially fag month. ZOG's

18          fag agenda and their sick, systematic abuse of White children isn't slowing down. It won't

19          stop until YOU stop it. While conservatards might be satisfied fighting back economically,

20          let's be real - there are MUCH better ways to fight back. Mass shootings, arson, bombings,

21          vehicular attacks, the list goes on and the opportunities provided to you this month will be

22          plentiful. Don't let them go to waste. What's more impactful - boycotting Target, or getting

23          dozens of targets in your sights and taking them out permanently? Actions speak louder

24          than words. DIRECT, LETHAL ACTION speaks louder than any boycott. This 'pride

25          month,' give us what we truly need - a new Saint to be proud of, and a glorious new attack

26          to celebrate. You've got the means and the opportunity, all you need is the Will. Don't

27          breathe a word of what you're planning to anyone, and MAKE IT COUNT. 'IF [attacker]

28          CAN KILL FIFTY, IMAGINE WHAT YOU CAN DO.' - The Hard Reset (p. 193) HAIL

HOLY TERROR."  Along with the message, HUMBER posted Pages 192 and 193 of The

Hard Reset, which include a photograph from a nightclub massacre in the United States, on

June 12, 2016, in which an attacker killed 49 people.

d.   On or about December 23, 2022, HUMBER posted (and ALLISON re-posted) the

following message about the murder of three Kurdish immigrants in Paris, France:

"Allow me to 'Terrorgram Life Coach' you lads for a moment. Today's mass shooting in

Paris is SO much more than a few dead invaders, an early Christmas present, and a nice

way to end an already great year. The making of our newest Saint is a truly inspirational

story. It's a story about redemption, resilience, and never giving up. First it was a knife in

2016. Then it was a sword in 2021. Finally it was a gun on this glorious day, 2022. It

would've been easy to conclude, 'Maybe I'm past my prime, maybe terrorism isn't for

me,' and give up... but Saint [attacker] didn't give up. Instead he persisted, and today his

tireless efforts paid off. If a 69 year old man living under France's tyrannical gun control

laws can carry out a mass shooting, IMAGINE WHAT YOU COULD DO. Believe in

yourselves, lads, and never give up. On your path to Victory, to fulfilling your Destiny, to

answering your Higher Calling, may nothing impede you. Have no doubt. YOU. GOT.

THIS."

**Solicitation of Terrorist Attacks on Critical Infrastructure**

17.    In addition to soliciting bias-motivated attacks, HUMBER and ALLISON also solicited

attacks on critical government infrastructure, including federal buildings and energy facilities, and

provided instructions for carrying out those attacks.  As HUMBER explained, in a post on or about

December 9, 2022 (which ALLISON re-posted): "Both strategies—mass casualty attacks AND sabotage

attacks on critical infrastructure—are effective and indeed necessary to achieve our goals. They're

completely different means, but they work towards the same end. And, most importantly, they work

better together. After all, the best time to strike is when the power's out and emergency services are

disabled. Every attack is unique, but they're ALL worth celebrating. Every target is a legitimate target.

Every method of attack—sabotage, shootings, bombings, arson, stabbings, vehicular attacks, and

1 more—are viable and justified."  Examples of posts soliciting terrorist attacks on critical infrastructure

2 include, but are not limited to, the following:

    a.   On or about December 9, 2022, ALLISON posted: "**Preparing an Attack/Sabotage: When sabotaging it is worth mentioning all the demotivating things an individual is going to face** when executing an attack. Like having second thoughts, thinking it's not going to work out, and the fear of getting caught... <u>BUT DO NOT LET THIS BIG MISTAKE HAPPEN TO YOU!</u> Remember, having a plan, knowing the area you are sabotaging, being masked up, having throwaway clothes, having the right tools, not bringing technology, and keeping your mouth shut **is the key towards a successful attack**. Try to not lose your motivation as it is the only thing that keeps you going. <u>When you feel like you do never forget why you started</u>. Never forget about the brothers waiting to celebrate your attack... and never forget what has the industrial society has done to you, your people, and your tribe. ✹ **Do not let those technophiles have a day of rest! Learn more about where power grids are located near you**." The post ended with a link to a detailed map of the worldwide electrical grid.

    b.   On or about December 7, 2022, HUMBER posted (and ALLISON re-posted): "At any given time, there are determined soldiers of this struggle out there in the night, getting ready for their attack. Planning, assessing targets, scoping them out, and everything that goes into a well-planned and precision strike. Next time your power is out, you should wonder if it will ever come back on any time soon. Maybe one of these cool and calculating Aryan soldiers put a .308 into the side of every transformer at a few carefully chosen substations. You'll never know because they kept their mouth shut. They're not in it for fame or glory, their only drive is bringing this System to its knees. And who knows? Maybe that person could be YOU, lining up your sights on these metal behemoths from the tree line, squeezing the trigger, and retreating from the area with a shit eating grin on your face knowing the chaos you've just unleashed. Never to boast about it, never to be caught.  Perhaps even to rinse and repeat."

c. On or about December 26, 2022, HUMBER posted (and on or about December 28, 2022, ALLISON re-posted) four images detailing component parts of electrical substation transformers, along with the message: "For educational purposes only of course ☺ Don't get any ideas HAIL HOLY TERROR."

d. On or about January 4, 2023, HUMBER posted (and ALLISON re-posted) a photo of a Seattle Times news article entitled, "Pierce County Christmas Day substation attacks," with the message: "If two petty criminal tweakers can take out 4 substations in a day, imagine what an ambitious, fully radicalized Hard Reset and Make it Count reader like YOU can do! Just PLEASE remember to **LEAVE. YOUR. PHONE. AT. HOME.**"

e. On or about January 20, 2023, HUMBER posted a link to an article titled, "Multiple bullets leave hundreds of thousands of dollars in damage at Thomasville substation, EnergyUnited says," along with the following message: "Everyone, please take a moment to congratulate yourselves. It seems as though this avenue of attack, an incredibly effective one at that, has really caught on. I like to think that all our hard work in detailing its effectiveness and showing our community how easy it is not only to do, but to get away with, has helped encourage this. Death to the grid. Death to the System."

**Dissemination of Bombmaking and Explosives Instructions**

18.    ALLISON and HUMBER operated Terrorgram channels that serve as archives for instructional manuals and videos on how to create bombs, chemical weapons, and weapons of mass destruction.  Through their Terrorgram channels, chats, and private messages, ALLISON and HUMBER disseminated instructional manuals and videos to Terrorgram users in order to equip them to carry out attacks.  Examples include, but are not limited to, the following:

a. On or about July 28, 2022, HUMBER posted (and on or about August 1, 2022, ALLISON re-posted) Pages 142-43 of The Hard Reset, which provide instructions and encouragement to make and detonate a "dirty bomb"—a bomb comprised of explosives and radioactive material—to "fumigate the cities" by targeting and killing groups of people because of their race, religion, national origin, sexual orientation, and gender identity, describing those groups with slurs known to the Grand Jury.

     b.   On various dates, HUMBER and ALLISON posted a five-step instructional video titled, "How To Make a Letter Bomb." The video explained how to obtain ingredients for the explosive mixture and the fuse; how to mix the ingredients to create the explosive; how to synthesize the fuse paste; how to rig a padded envelope; how to find the location of a "federal building" that would be "a suitable target"; and how to commit the crime without being caught.

**The Saint Encyclopedia**

19.    ALLISON and HUMBER, working together and in collaboration with persons known and unknown to the Grand Jury, were in the process of creating "The Saint Encyclopedia," a Terrorgram publication that celebrates white supremacist attackers as heroes of the white race—"Saints"—and urges Terrorgram users to follow their path to "Sainthood" by committing an attack in the name of Terrorgram.

20.    The proposed cover of The Saint Encyclopedia is comprised of mugshots of white supremacist mass murderers whom Terrorgram celebrates as heroes and Saints (redacted image below):



//
//

21.     The dedication of The Saint Encyclopedia, which sits between two still shots from the live-streamed massacre of 51 Muslim worshippers in Christchurch, New Zealand, in 2019, reads: "This book is dedicated to our ever-expanding Pantheon of Saints; to the White Men and Women of Action who made this book possible; and to the Saints of tomorrow reading this today. May our words and praise, and the glorious deeds of your predecessors, strengthen your resolve and guide you on your path to Victory."

22.     The Saint Encyclopedia includes information on each "Saint" and the murders the Saint committed to further the cause of white supremacist accelerationism, as well as quotes from manifestos of "inner-circle Saints," ten white supremacist mass murderers, to inspire the "Saints of tomorrow" (redacted image below):



//
//

### Terrorgram's Saint Culture

23.     The Saint Encyclopedia is an expression of Terrorgram's broader "Saint" culture, nurtured and weaponized by ALLISON and HUMBER to inspire Terrorgram users to commit acts of violence.

24.     As HUMBER explained in a post on or about May 24, 2022 (which ALLISON re-posted on or about May 26, 2022): "The canonization of mass shooters and amplification of their messages creates an environment where aspiring attackers are increasingly willing to perpetrate violence as a way to honor previous 'saints,' attain sainthood themselves, and inspire future attacks."

25.     On or about July 8, 2022, HUMBER posted the below graphic setting forth Terrorgram's "Sainthood Criteria":



[Remainder of page intentionally left blank]

26.     On or about November 2, 2022, HUMBER posted (and ALLISON re-posted) the below graphic displaying the "Path to Sainthood":

27.     To persuade Terrorgram users to follow the "Path to Sainthood," HUMBER and ALLISON posted messages celebrating past Saints and encouraging Terrorgram users to "join the Pantheon" (i.e., become a Saint by committing a white supremacist attack).  Examples include, but are not limited to, the following:

 a.  On or about August 28, 2023, HUMBER posted: "There's no love like the love we feel for every Accelerationist mass shooter.  Have no doubt, after your Big Day you will be celebrated, admired, honored and defended until the end of time. Keep your head up, be strong and do your best. We believe in you and we can't wait to see what you're capable of! 🫂 🤍"

 b.  On or about January 1, 2023, HUMBER posted (and the next day, ALLISON re-posted),



"Terrorgram's next Saints are out there somewhere, and I hope they're reading this. If you're planning on MAKING 2023 YOUR YEAR, this post is for you. So you've made your decision - this year you're finally gonna do it. We can't wait to see—and celebrate —what you're capable of. Don't breathe a word of what you're planning to anyone in the

meantime. Stack 'em high, King. Make them pay. After you initiate, your only regret will be not striking sooner. You. Got. This. HAIL HOLY TERROR."

c.  On or about August 4, 2022, HUMBER posted (and the next day, ALLISON re-posted), Page 247 of The Hard Reset, titled, "A Letter to the Next Disciples," which encourages future Saints to plan and follow through with an attack, and advises future Saints about how to write a manifesto, successfully carry out an attack, and get away with it.

d.  On or about June 8, 2022, HUMBER posted, "More Saints, more attack methods, more targets. That's my vision and hope for the future. Broaden our horizons in terms of methods and target selection but don't abandon conventional terrorism. It works for a reason."

e.  On or about March 15, 2022, HUMBER posted, "Saints aren't Gods but they've ascended beyond ordinary men. They were all ordinary men, then took extraordinary action for the sake of Our People. They are in fact the only soldiers in this war against the White Race. No military is fighting for us. No govt is protecting our people and defending our interests. The ONLY people fighting for us are lone wolves who, as [one of the ten mass murderers referenced in Paragraph 22, above] said, 'couldn't go another day watching these things happen to my people and doing nothing about it.' They answered a higher calling and they made the ultimate sacrifice for us."

f.  On or about March 15, 2022, HUMBER stated in ALLISON's group chat that she posted the above quote for a specific Terrorgram user she was targeting for radicalization. HUMBER wrote: "He's like 18yo and seems very impressionable, I'm trying to radicalize him."

### The Final Push

28.    HUMBER and ALLISON gave Terrorgram users advice and encouragement to follow through with planned attacks.  Examples include, but are not limited to, the following:

a.  On or about June 29, 2024, HUMBER posted: "MENTAL PREPARATION – ADVICE FOR THE NEXT DISCIPLES.  It pained us all to see what happened in Australia the other day – would-be Saint [attacker] uploaded his manifesto, started his livestream, but didn't go through with the mass stabbing he had planned.  We can only speculate what

14

was going through his mind at that moment, but that brings us to the topic of this post: MENTAL PREPARATION.  With so much focus on physical preparation, it's easy to overlook the mental component, but hesitating or losing your nerve can derail your plans as quickly as poor planning.  By choosing the path of Holy Terror, you are making the ultimate sacrifice – whether you are captured or killed, life as you know it is over.  But you stand to gain so much more – immortality, Sainthood, your place in history, the list goes on.  After you initiate – make your announcement, post your manifesto, start your livestream, or simply brandish your weapon at your target location – THERE IS NO TURNING BACK.  There is no 'going back to your old life,' there are only 2 options ahead of you – immortalize yourself in the Pantheon, or fail and be forgotten.  Within you lies the Blood of Heroes – your Will to Act is proof of that.  Don't sell your life cheaply, or give it away for nothing.  You've come too far to give up at the last second. MAKE. IT. COUNT.  And if you're out there, the next Disciples planning your Big Day and patiently awaiting your time to strike, we encourage you to learn from [attacker's] mistakes.  Let this be a moment of self-reflection, not a 'bad omen' that makes you second guess your correct course.  If your first thought is, 'Second guess myself? Never,' then you're on the right track and you've absolutely got what it takes. YOU. GOT. THIS."

b. On about December 29, 2023, a Terrorgram user made a series of posts in ALLISON's group chat signaling his plans to commit a mass-shooting, including: "2024 there shall be saints"; "highscore shall be defeated"; "there is no surrender only death"; "when my @ says last seen a week ago remove me from everything"; and "you have not seen the wrath of the Aryan that has no purpose left."  HUMBER responded to the posts by writing, "stay safe brother ily."  ALLISON responded to the posts by posting a picture of two warriors hugging and wrote: "love ya bro. you're a fuckin OG. wish you the best in everything homie."

c. On or about August 9, 2023, a Terrorgram user posted in HUMBER's group chat, "Talk me down from committing a failed domestic terror act." HUMBER responded, "If you

weren't destined to succeed, you wouldn't have made it this far. 👏 HAVE. NO

DOUBT. YOU. GOT. THIS. 👏 ."  Humber then posted Page 93 of Terrorgram

publication Militant Accelerationism, titled "Your Big Day," which encourages "lone wolf

. . . white warriors" to carry out attacks.

d.   On various dates, HUMBER posted (and ALLISON re-posted): 🔥LOOSE TALK RUINS

PLANS🔥 SHHH... SURPRISE US WE NEED TERROR SHOOTINGS 卐 ARSON 卐

BOMBINGS 卐 STABBINGS DEAD TARGETS NOT FOILED PLOTS STOP

TALKING START KILLING."

**Terrorgram Users Incited to Action**

29.     Guided by Terrorgram posts, publications, videos, and instruction manuals and inspired

by Terrorgram's Saint culture, several Terrorgram users have carried out attacks in order to become

"Saints," or were planning to do so when they were arrested or otherwise disrupted by law enforcement.

Examples include, but are not limited to, the following:

30.     **Attacker 1.**  On or about October 12, 2022, a 19-year-old from Slovakia known to the

Grand Jury (hereinafter, "Attacker 1") shot three people, killing two, at an LGBT bar in Bratislava,

Slovakia; sent his manifesto to ALLISON; then killed himself.

a.   In Attacker 1's manifesto, "A Call To Arms," which HUMBER later narrated and turned

into an audiobook, Attacker 1 thanked Terrorgram for inspiring and guiding him:

i.   In a section titled, "Recommended Reading," Attacker 1 listed "Militant

Accelerationism and The Hard Reset by Terrorgram Collective," commenting: "If

the other books give a theoretical and fictional base for our resistance, these two

provide the practical means for it."

ii.   In a section titled, "Special Thanks," Attacker 1 thanked a former Terrorgram

leader who was convicted of terrorism offenses, as well as the "Terrorgram

Collective," adding, "You know who you are. Thank you for your incredible

writing and art, for your political texts; for your practical guides. Building the

future of the White revolution, one publication at a time."

    iii.  The final sentence of Attacker 1's manifesto is "Make it Count!", which is a commonly used phrase on Terrorgram meaning to kill as many people as possible during an attack.

  b.  In the year leading up to Attacker 1's attack, Attacker 1 was active on Terrorgram and had frequent conversations with ALLISON, HUMBER, and other members of the Terrorgram Collective, including, but not limited to, the following conversations:

    i.  On or about July 15, 2022, HUMBER told other members of her group chat, including Attacker 1, "If you became a Saint I'd narrate your book. That's the cost of admission, so to speak." HUMBER later clarified: "Dead targets or I don't care."

    ii.  In the same group chat, Attacker 1 posted, "Finished reading The Hard Reset. It's excellent - on par with Mil[itant] Accel[erationism]" (a previous Terrorgram publication). Attacker 1 identified "a letter to the disciples"—a page from The Hard Reset that HUMBER and ALLISON disseminated, as detailed in Paragraph 27c of this Indictment—as one of the "best parts" of The Hard Reset. HUMBER replied, "I hope the next Saints out there read those passages and feel inspired."

  c.  After Attacker 1's attack, HUMBER and ALLISON took credit, on behalf of Terrorgram, for inspiring and guiding Attacker 1 and celebrated him as "Terrorgram's first Saint":

    i.  On or about October 13, 2022, HUMBER posted a "New Saint Announcement," which ALLISON re-posted, that reads: "October 12, 2022 – a new Saint arose in Bratislava, Slovakia. The absolute madlad, [Attacker 1], became Saint [attacker's] 6th Disciple, and Terrorgram's very first Saint. He released his manifesto online before shooting up an LGBT coffee shop, killing 2 fags and injuring a waitress, before escaping. While evading police, he actively posted on his Pol thread and trolled fag sympathizers on Twitter. He had many more targets on his to-do list, but ran out of ammo before he could reach them. Unable to continue, he took his own life. We encourage all of you to read his 🔥 FIRE AF 🔥 manifesto, 'A Call To Arms.' Saint [Attacker 1]'s place in the Pantheon is undisputed, as is our

enthusiastic support for his work.  We thank him from the bottom of our hearts and we will never forget his sacrifice.  His Saint card is  coming very soon, but this exciting announcement couldn't wait.  FUCKING HAIL, BROTHER!!!

🙏 ⚛ ♡

ii. On October 19, 2022, ALLISON and HUMBER posted the audiobook of Attacker 1's manifesto, which HUMBER narrated.

iii. Between January 1, 2023, and October 12, 2023, HUMBER and ALLISON posted messages and images celebrating Attacker 1's attack, including the following fake newspaper cover:



//
//

31.   **Attacker 2.** On or about July 10, 2024, an 18-year-old from the United States known to the Grand Jury (hereinafter, "Attacker 2") was arrested for plotting an attack on an energy facility in New Jersey.

    a.   Before his arrest, Attacker 2 was active in Terrorgram group chats, where he consumed and spread Terrorgram material, including White Terror and The Hard Reset.

    b.   In January 2024, in a Terrorgram group chat with HUMBER, Attacker 2 asked for "recommended documentaries about our guys, made by our guys," elaborating that he was looking for something "like White Terror." HUMBER posted the audiobook of a Saint manifesto she narrated titled, "A White Boy Summer To Remember."

    c.   On or about April 14, 2024, in a Terrorgram group chat with ALLISON and HUMBER, the chat administrator posted "The BTC Movie Trilogy," which is a compilation of hours of accelerationist propaganda videos created by ALLISON. In response, a group chat participant asked the administrator to post "Crimepilled" videos, additional videos created and/or disseminated by ALLISON that provide guidance for committing attacks. The chat administrator posted several "Crimepilled" videos, including instructions for making homemade explosives, instructions for using Mylar balloons to commit an attack on an energy facility, and a "lone wolf" guide for committing a mass-casualty attack. Attacker 2 thanked the chat administrator for posting the videos, and asked the chat administrator to send him more videos via direct message.

    d.   On two occasions in June and July 2024, at Attacker 2's direction, Attacker 2 and another individual (who, unbeknownst to Attacker 2, was a Federal Bureau of Investigation undercover special agent (hereinafter, "UC")), drove to two different electrical substations in North Brunswick and New Brunswick, New Jersey. During these visits, Attacker 2 solicited the UC to conduct an electrical substation attack and advised the UC how to do so. Attacker 2 told the UC to use Mylar balloons to short-circuit a transformer—the same method recommended in ALLISON's Crimepilled video. Attacker 2 sent a copy of The Hard Reset to the UC, and told the UC that The Hard Reset "is really the only thing you need . . . . It has ideology, it has how to guides, it has ideas

for funny things, it goes into how you should plan it, it goes into the thought process."

32.      **Attacker 3.**  On or about August 12, 2024, an 18-year-old from Turkey known to the Grand Jury (hereinafter, "Attacker 3")—wearing a Siege mask, helmet, and tactical vest attired with a Sonnenrad and Totenkopf—livestreamed himself stabbing five people outside of a mosque in Eskişehir, Turkey.

      a.  On the morning of the attack, Attacker 3 posted in a Telegram group chat the message, "Come see how much humans I can cleanse".  The post included links to a livestream and images and PDF files.

      b.  An individual describing himself as a friend of the attacker later broadcasted the livestreamed attack over X (formerly known as Twitter), using the account @HolyTerrorist1 (display name Total Human Death). The tweet included a link to the livestream, the attacker's manifesto, and PDFs the attacker wished to share.

      c.  The PDFs shared by Attacker 3 included several Terrorgram publications—The Hard Reset, Do It For The Gram, Militant Accelerationism—that Attacker 3 explained, in his manifesto, have information that is useful to planning and committing an attack. The PDFs shared by Attacker 3 included manifestos of several Terrorgram Saints, including Attacker 1.  In his manifesto, Attacker 3 expressed a desire to be recognized as a Saint and encouraged others to livestream their attacks to inspire future Saints.

      d.  After the attack, members of HUMBER and ALLISON's Terrorgram group chat discussed the mass-stabbing and its connections to Terrorgram. HUMBER posted: "He included the Terrorgram books and other Saint manifestos in his file dump, gives shoutouts to the other Saints in his manifesto and references several Hard Reset passages, he was 100% our guy. But he's not White so I can't give him an honorary title. We still celebrating his attack tho, he did it for Terrorgram."  HUMBER also posted: "We can hail him anyway, we just can't add him to the Pantheon. But yeah it's a great development regardless, inspiring more attacks is the goal and anyone claiming to be an accelerationist should support them."

//

//

COUNT ONE: [18 U.S.C. § 371 – Conspiracy]

The Grand Jury charges:  T H A T

DALLAS ERIN HUMBER and
MATTHEW ROBERT ALLISON,

defendants herein, as follows:

1.     The General Allegations of this Indictment are realleged and incorporated herein.

2.     Beginning in or about January 2022, and continuing through in or about September 2024, in the State and Eastern District of California, and elsewhere, knowingly and intentionally conspired and agreed with one another and with persons known and unknown to the Grand Jury to commit the following offenses against the United States:

　　a.     to solicit, command, induce, or otherwise endeavor to persuade another person to engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States—specifically, the hate crimes charged in Counts 2, 3, 4 and 5 of this Indictment—under circumstances strongly corroborative of that intent, in violation of 18 U.S.C. § 373.

　　b.     to solicit, command, induce, or otherwise endeavor to persuade another person to engage in conduct constituting a felony that has as an element the use, attempted use, or threatened use of physical force against the person of another in violation of the laws of the United States—specifically, the murders of federal officials charged in Counts 6, 7, and 8 of this Indictment—under circumstances strongly corroborative of that intent, in violation of 18 U.S.C. § 373.

　　c.     to knowingly make publicly available restricted personal information about federal officers or employees with the intent to threaten, intimidate, or incite crimes of violence against them—as charged in Counts 9, 10, and 11 of this Indictment—in violation of 18 U.S.C. § 119(a)(1).

　　d.     to knowingly transmit in interstate or foreign commerce a communication containing a threat to injure the person of another—as charged in Count 12 of this Indictment—in violation of 18 U.S.C. § 875(c).

　　e.     to distribute, by any means, information pertaining to, in whole or in part, the manufacture or use of an explosive or destructive device, with the intent that the information be used for,

1    or in furtherance of, an activity that constitutes a federal crime of violence—as charged in Counts 13 and

2    14 of this Indictment—in violation of 18 U.S.C. § 842(p).

3                          <u>Manner and Means of the Conspiracy</u>

4         3.      ALLISON and HUMBER conspired together to recruit, radicalize, equip, advise, inspire,

5    and solicit others to commit attacks in furtherance of Terrorgram's mission:

6            a.      <u>Recruit</u>: ALLISON and HUMBER conspired to recruit future Saints by

7    monitoring Telegram channels in search of individuals who may be susceptible to radicalization; and by

8    inviting those individuals to join Terrorgram channels and chats.

9            b.      <u>Radicalize</u>: ALLISON and HUMBER conspired to radicalize future Saints by

10    creating and disseminating propaganda—including digital publications; coordinated messages and

11    media content broadcast over Terrorgram chats and channels; and audio and video productions that

12    glorify white supremacist terrorist attackers—with the goal of, as ALLISON explained, "mov[ing]

13    people further down the path" of radicalization until, as HUMBER put it, "they finish their

14    radicalization journey and [we] mold them into White Warriors."

15            c.      <u>Equip</u>: ALLISON and HUMBER conspired to equip future Saints to carry out

16    attacks by providing instructions for how to make homemade bombs, firearms, detonators, chemical

17    weapons, and weapons of mass destruction; how to plan, prepare for, and carry out an attack; and how to

18    evade detection by law enforcement.

19            d.      <u>Advise</u>: ALLISON and HUMBER conspired to advise future Saints by providing

20    guidance and encouragement in channels, chats, and in one-on-one communications.

21            e.      <u>Inspire</u>: ALLISON and HUMBER conspired to inspire future Saints to commit

22    attacks by promising that "Men and Women of action" will be immortalized as "Saints" of Terrorgram and

23    heroes of the white race; and by demonstrating the rewards of following the "Path to Sainthood" by

24    glorifying Saints who committed white supremacist terrorist attacks.

25            f.      <u>Solicit</u>: ALLISON and HUMBER conspired to solicit future Saints to carry out

26    bias-motivated attacks against racial enemies and terrorist attacks on critical infrastructure.

27                  <u>Overt Acts Committed in Furtherance of the Conspiracy</u>

28         4.      In furtherance of the conspiracy and to effect the objects thereof, HUMBER and

1   ALLISON, within the Eastern District of California and elsewhere, committed overt acts within the

2   dates of the charged conspiracy, including the following:

3                                   *The Hard Reset*

4           a.   HUMBER and ALLISON worked together, and with other persons known and unknown

5   to the Grand Jury, to create The Hard Reset, a Terrorgram publication described in Paragraph 5 of the

6   General Allegations.

7           b.   HUMBER posted messages on Telegram promoting the release of The Hard Reset, with

8   each posting constituting an independent overt act.

9           c.   ALLISON posted messages on Telegram promoting the release of The Hard Reset, with

10  each posting constituting an independent overt act.

11          d.   HUMBER disseminated The Hard Reset on Telegram, with each dissemination

12  constituting an independent overt act.

13          e.   ALLISON disseminated The Hard Reset on Telegram, with each dissemination

14  constituting an independent overt act.

15          f.   HUMBER posted individual pages from The Hard Reset to amplify their message, with

16  each posting constituting an independent overt act.

17          g.   ALLISON posted individual pages from The Hard Reset to amplify their message, with

18  each posting constituting an independent overt act.

19          h.   HUMBER narrated The Hard Reset, and disseminated the audiobook version on

20  Telegram.

21                                   *White Terror*

22          i.   HUMBER and ALLISON worked together to create White Terror, the documentary

23  described in Paragraph 8 of the General Allegations.

24          j.   HUMBER disseminated White Terror on Telegram, with each dissemination constituting

25  an independent overt act.

26          k.   ALLISON disseminated White Terror on Telegram, with each dissemination constituting

27  an independent overt act.

28                                   *The List*

1          l.    HUMBER and ALLISON worked together, and with other persons known and unknown

2  to the Grand Jury, to create The List, the hit list described in Paragraphs 9-11 of the General Allegations.

3          m.  HUMBER shared a version of The List with an individual known to the Grand Jury.

4          n.   HUMBER took a photograph of the residence of a public official known to the Grand

5  Jury—a photograph that was included on that public official's List card.

6          o.   HUMBER disseminated individual List cards on Telegram, as described in Paragraphs

7  13-15 of the General Allegations, with each dissemination constituting an independent overt act.

8          p.   ALLISON disseminated The List and individual List cards on Telegram, as described in

9  Paragraphs 13-15 of the General Allegations, with each dissemination constituting an independent overt

10  act.

11                      *Solicitations, Threats, and Instructions*

12          q.   ALLISON used Terrorgram channels, chats, and direct messages to solicit Terrorgram

13  users to commit bias-motivated attacks targeting victims because of their race, religion, national origin,

14  sexual orientation, and gender identity, including but not limited to the posts set forth in Paragraph 16 of

15  the General Allegations, with each post constituting an independent overt act.

16          r.   HUMBER used Terrorgram channels, chats, and direct messages to solicit Terrorgram

17  users to commit bias-motivated attacks targeting victims because of their race, religion, national origin,

18  sexual orientation, and gender identity, including but not limited to the posts set forth in Paragraph 16 of

19  the General Allegations, with each post constituting an independent overt act.

20          s.   HUMBER solicited attacks on critical government infrastructure, including federal

21  buildings and energy facilities, and provided instructions for carrying out those attacks, including but not

22  limited to the posts set forth in Paragraph 17 of the General Allegations, with each post constituting an

23  independent overt act.

24          t.   ALLISON solicited attacks on critical government infrastructure, including federal

25  buildings and energy facilities, and provided instructions for carrying out those attacks, including but not

26  limited to the posts set forth in Paragraph 17 of the General Allegations, with each post constituting an

27  independent overt act.

28          u.   HUMBER and ALLISON operated Terrorgram channels that served as archives for

1  instructional manuals and videos on how to create bombs, chemical weapons, and weapons of mass

2  destruction.

3         v.   HUMBER, through her Terrorgram channels, chats, and private messages, disseminated

4  instructional manuals and videos to Terrorgram users in order to equip them to carry out attacks,

5  including but not limited to the posts set forth in Paragraph 18 of the General Allegations, with each

6  dissemination constituting an independent overt act.

7         w.   ALLISON, through his Terrorgram channels, chats, and private messages, disseminated

8  instructional manuals and videos to Terrorgram users in order to equip them to carry out attacks,

9  including but not limited to the posts set forth in Paragraph 18 of the General Allegations, with each

10  dissemination constituting an independent overt act.

11                                *The Saint Encyclopedia and Saint Culture*

12         x.   HUMBER and ALLISON worked together, and with other persons known and unknown

13  to the Grand Jury, to create "The Saint Encyclopedia," a Terrorgram publication described in Paragraphs

14  19-22 of the General Allegations.

15         y.   HUMBER and ALLISON worked together to nurture and weaponize Terrorgram's Saint

16  culture by posting the images and messages set forth in Paragraphs 24-27 of the General Allegations,

17  with each post constituting an independent overt act.

18         z.   HUMBER gave Terrorgram users advice and encouragement to follow through with

19  planned attacks, including by posting the images and messages set forth in Paragraphs 28 and 30(b) and

20  (c) of the General Allegations, with each post constituting an independent overt act.

21         aa.  ALLISON gave Terrorgram users advice and encouragement to follow through with

22  planned attacks, including by posting the images and messages set forth in Paragraphs 28 and 30(b) and

23  (c) of the General Allegations, with each post constituting an independent overt act.

24         All in violation of Title 18, United States Code, Section 371.

25  //

26  //

27

28

                             25

1  COUNT TWO: [18 U.S.C. § 373 – Solicitation of a Hate Crime]

2      The Grand Jury further charges:  T H A T

3              DALLAS ERIN HUMBER and
              MATTHEW ROBERT ALLISON
4

5  defendants herein, between in or about January 2022 and in or about September 2024, in the State and

6  Eastern District of California, and elsewhere, aiding and abetting one another, with the intent that

7  another person engage in conduct constituting a felony that has as an element the use, attempted use, and

8  threatened use of physical force against the person of another in violation of the laws of the United

9  States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, and

10 otherwise endeavor to persuade another person to engage in such conduct: that is, to willfully cause

11 bodily injury to any person because of the actual or perceived race or color of any person, in an attempt

12 to kill, in violation of Title 18, United States Code, Sections 249(a)(1) and 249(a)(1)(B)(ii).  Specifically,

13 as detailed in the General Allegations of this Indictment, which are realleged and incorporated herein,

14 Humber and Allison solicited, commanded, induced, and otherwise endeavored to persuade other people

15 to commit bias-motivated attacks targeting Black people and white people who associate with Black

16 people, whom they deem "race traitors."

17      All in violation of Title 18, United States Code, Sections 373 and 2.

18 COUNT THREE: [18 U.S.C. § 373 – Solicitation of a Hate Crime]

19     The Grand Jury further charges:  T H A T

20             DALLAS ERIN HUMBER and
             MATTHEW ROBERT ALLISON,
21

22 defendants herein, between in or about January 2022 and in or about September 2024, in the State and

23 Eastern District of California, and elsewhere, aiding and abetting one another, with the intent that another

24 person engage in conduct constituting a felony that has as an element the use, attempted use, and

25 threatened use of physical force against the person of another in violation of the laws of the United States,

26 and under circumstances strongly corroborative of that intent, did solicit, command, induce and otherwise

27 endeavor to persuade another person to engage in such conduct: that is, to willfully cause bodily injury to

28 any person because of the actual or perceived race, color, or religion of any person, in an attempt to kill, in

26

1   violation of Title 18, United States Code, Sections 249(a)(1), and 249(a)(1)(B)(ii).  Specifically, as

2   detailed in the General Allegations of this Indictment, which are realleged and incorporated herein,

3   Humber and Allison solicited, commanded, induced, and otherwise endeavored to persuade other people

4   to commit bias-motivated attacks targeting Jewish people.

5          All in violation of Title 18, United States Code, Sections 373 and 2.

6   COUNT FOUR: [18 U.S.C. § 373 – Solicitation of a Hate Crime]

7          The Grand Jury further charges:  T H A T

8                           DALLAS ERIN HUMBER and
                            MATTHEW ROBERT ALLISON
9

10   defendants herein, between in or about January 2022 and in or about September 2024, in the State and

11   Eastern District of California, and elsewhere, aiding and abetting one another, with the intent that another

12   person engage in conduct constituting a felony that has as an element the use, attempted use, and

13   threatened use of physical force against the person of another in violation of the laws of the United States,

14   and under circumstances strongly corroborative of that intent, did solicit, command, induce and otherwise

15   endeavor to persuade another person to engage in such conduct: that is, to willfully cause bodily injury to

16   any person because of the actual or perceived national origin of any person, in an attempt to kill, in

17   violation of Title 18, United States Code, Section 249(a)(1), and 249(a)(1)(B)(ii).  Specifically, as detailed

18   in the General Allegations of this Indictment, which are realleged and incorporated herein, Humber and

19   Allison solicited, commanded, induced, and otherwise endeavored to persuade other people to commit

20   bias-motivated attacks targeting non-white immigrants.

21          All in violation of Title 18, United States Code, Sections 373 and 2.

22   COUNT FIVE: [18 U.S.C. § 373 – Solicitation of a Hate Crime]

23          The Grand Jury further charges:  T H A T

24                           DALLAS ERIN HUMBER and
                            MATTHEW ROBERT ALLISON,
25

26   defendants herein, between in or about January 2022 and in or about September 2024, in the State and

27   Eastern District of California, and elsewhere, aiding and abetting one another, with the intent that another

28   person engage in conduct constituting a felony that has as an element the use, attempted use, and

1  threatened use of physical force against the person of another in violation of the laws of the United States,

2  and under circumstances strongly corroborative of that intent, did solicit, command, induce and otherwise

3  endeavor to persuade another person to engage in such conduct: that is, to willfully cause bodily injury to

4  any person because of the actual or perceived sexual orientation or gender identity of any person, in an

5  attempt to kill, in violation of Title 18, United States Code, Sections 249(a)(2)(A) and 249(a)(2)(A)(ii)(II),

6  under circumstances that, if carried out, would affect commerce in a manner set forth in section

7  249(a)(2)(B) of Title 18 of the United States Code.  Specifically, as detailed in the General Allegations of

8  this Indictment, which are realleged and incorporated herein, Humber and Allison solicited, commanded,

9  induced, and otherwise endeavored to persuade other people to commit bias-motivated attacks targeting

10  lesbian, gay, bisexual, and transgender people.

11         All in violation of Title 18, United States Code, Sections 373 and 2.

12  <u>COUNT SIX</u>: [18 U.S.C. § 373 – Solicitation of the Murder of a Federal Official]

13         The Grand Jury further charges: . T H A T

14                    DALLAS ERIN HUMBER and
15                    MATTHEW ROBERT ALLISON,

16  defendants herein, between on or about November 17, 2021, and on or about September 5, 2024, in the

17  State and Eastern District of California, and elsewhere, aiding and abetting one another, with the intent

18  that another person engage in conduct constituting a felony that has as an element the use, attempted

19  use, and threatened use of physical force against the person of another in violation of the laws of the

20  United States, and under circumstances strongly corroborative of that intent, did solicit, command,

21  induce, and otherwise endeavor to persuade another person to engage in such conduct: that is, with

22  premeditation and malice aforethought, to kill Federal Official 1, a United States Senator known to the

23  Grand Jury, an officer and employee of the United States, while Federal Official 1 was engaged in and

24  on account of the performance of Federal Official 1's official duties, as detailed in the General

25  Allegations of this Indictment, which are realleged and incorporated herein, in violation of Title 18,

26  United States Code, Section 1114(a)(1).

27         All in violation of Title 18, United States Code, Sections 373 and 2.

28  //

1  COUNT SEVEN: [18 U.S.C. § 373 – Solicitation of the Murder of a Federal Official]

2      The Grand Jury further charges:  T H A T

3                  DALLAS ERIN HUMBER and
4                  MATTHEW ROBERT ALLISON,

5  defendants herein, between on or about November 17, 2021, and on or about September 5, 2024, in the

6  State and Eastern District of California, and elsewhere, aiding and abetting one another, with the intent

7  that another person engage in conduct constituting a felony that has as an element the use, attempted

8  use, and threatened use of physical force against the person of another in violation of the laws of the

9  United States, and under circumstances strongly corroborative of that intent, did solicit, command,

10  induce, and otherwise endeavor to persuade another person to engage in such conduct: that is, with

11  premeditation and malice aforethought, to kill Federal Official 2, a United States District Court Judge

12  known to the Grand Jury, an officer and employee of the United States, while Federal Official 2 was

13  engaged in and on account of the performance of Federal Official 2's official duties, as detailed in the

14  General Allegations of this Indictment, which are realleged and incorporated herein, in violation of Title

15  18, United States Code, Section 1114(a)(1).

16      All in violation of Title 18, United States Code, Sections 373 and 2.

17  COUNT EIGHT: [18 U.S.C. § 373 – Solicitation of the Murder of a Federal Official]

18      The Grand Jury further charges:  T H A T

19                  DALLAS ERIN HUMBER and
20                  MATTHEW ROBERT ALLISON,

21  defendants herein, between on or about November 17, 2021, and on or about September 5, 2024, in the

22  State and Eastern District of California, and elsewhere, aiding and abetting one another, with the intent

23  that another person engage in conduct constituting a felony that has as an element the use, attempted

24  use, and threatened use of physical force against the person of another in violation of the laws of the

25  United States, and under circumstances strongly corroborative of that intent, did solicit, command,

26  induce, and otherwise endeavor to persuade another person to engage in such conduct: that is, with

27  premeditation and malice aforethought, to kill Federal Official 3, a United States Attorney known to the

28  Grand Jury, an officer and employee of the United States, while Federal Official 3 was engaged in and

1   on account of the performance of Federal Official 3's official duties, as detailed in the General

2   Allegations of this Indictment, which are realleged and incorporated herein, in violation of Title 18,

3   United States Code, Section 1114(a)(1).

4       All in violation of Title 18, United States Code, Sections 373 and 2.

5   <u>COUNT NINE</u>: [18 U.S.C. § 119(a)(1) – Doxing Federal Official]

6       The Grand Jury further charges:  T H A T

7                          DALLAS ERIN HUMBER and
8                          MATTHEW ROBERT ALLISON,

9   defendants herein, between on or about November 17, 2021, and on or about September 5, 2024, in the

10  State and Eastern District of California, and elsewhere, aiding and abetting one another, knowingly

11  made publicly available restricted personal information about Federal Official 1, a United States Senator

12  known to the Grand Jury, with the intent to threaten, intimidate, and incite a crime of violence—

13  specifically, the crime of violence the defendants are charged with soliciting in Count 6 of this

14  Indictment—against Federal Official 1.

15      All in violation of Title 18, United States Code, Sections 119(a)(1) and 2.

16  <u>COUNT TEN</u>: [18 U.S.C. § 119(a)(1) – Doxing Federal Official]

17      The Grand Jury further charges:  T H A T

18                         DALLAS ERIN HUMBER and
19                         MATTHEW ROBERT ALLISON,

20  defendants herein, between on or about November 17, 2021, and on or about September 5, 2024, in the

21  State and Eastern District of California, and elsewhere, aiding and abetting one another, knowingly

22  made publicly available restricted personal information about Federal Official 2, a United States District

23  Court Judge known to the Grand Jury, with the intent to threaten, intimidate, and incite a crime of

24  violence—specifically, the crime of violence the defendants are charged with soliciting in Count 7 of

25  this Indictment—against Federal Official 2.

26      All in violation of Title 18, United States Code, Sections 119(a)(1) and 2.

27  //

28  //

1 COUNT ELEVEN: [18 U.S.C. § 119(a)(1) – Doxing Federal Official]

2     The Grand Jury further charges:  T H A T

3

DALLAS ERIN HUMBER and
MATTHEW ROBERT ALLISON,

4

5 defendants herein, between on or about November 17, 2021, and on or about September 5, 2024, in the

6 State and Eastern District of California, and elsewhere, aiding and abetting one another, knowingly made

7 publicly available restricted personal information about Federal Official 3, a United States Attorney known

8 to the Grand Jury, with the intent to threaten, intimidate, and incite a crime of violence—specifically, the

9 crime of violence the defendants are charged with soliciting in Count 8 of this Indictment—against Federal

10 Official 3.

11     All in violation of Title 18, United States Code, Sections 119(a)(1) and 2.

12 COUNT TWELVE: [18 U.S.C. § 875(c) – Interstate Threatening Communication]

13     The Grand Jury further charges:  T H A T

14

DALLAS ERIN HUMBER and
MATTHEW ROBERT ALLISON,

15

16 defendants herein, between on or about November 17, 2021, and on or about September 5, 2024, in the

17 State and Eastern District of California, and elsewhere, aiding and abetting one another, knowingly

18 transmitted in interstate and foreign commerce a communication containing a threat to injure the person

19 of another.  Specifically, defendants transmitted threatening communications such as those detailed in

20 Paragraphs 9 through 18 and 23 through 28 of the General Allegations of this Indictment, which are

21 realleged and incorporated herein.

22     All in violation of Title 18, United States Code, Sections 875(c) and 2.

23 COUNT THIRTEEN: [18 U.S.C. § 842(p) – Distribution of Information Relating to Explosives and
Destructive Devices in Furtherance of Assault and Murder of Federal Officials]

24

25     The Grand Jury further charges:  T H A T

26

DALLAS ERIN HUMBER and
MATTHEW ROBERT ALLISON,

27

28 defendants herein, between on or about November 7, 2022, and on or about September 5, 2024, in the

1  State and Eastern District of California, and elsewhere, aiding and abetting one another, distributed by

2  any means information pertaining to, in whole and in part, the manufacture and use of an explosive and

3  destructive device, with the intent that the information be used for, and in furtherance of, an activity that

4  constitutes a federal crime of violence—specifically, with premeditation and malice aforethought, to

5  unlawfully kill an officer or employee of the United States or of any agency in any branch of the United

6  States Government (including any member of the uniformed services) while such officer or employee is

7  engaged in or on account of the performance of official duties, or any person assisting such an officer or

8  employee in the performance of such duties or on account of that assistance, in violation of Title 18,

9  United States Code, Section 1114(a)(1); and to intentionally and forcibly assault, intimidate, or interfere

10  with any officer or employee of the United States or of any agency in any branch of the United States

11  Government who was engaged in official duties, with a dangerous weapon, in violation of Title 18,

12  United States Code, Section 111(b)—as detailed in the General Allegations of this Indictment, which are

13  realleged and incorporated herein.

14      All in violation of Title 18, United States Code, Section 842(p)(2)(A) and 2.

15  COUNT FOURTEEN: [18 U.S.C. § 842(p) – Distribution of Information Relating to Explosives and
                   Destructive Devices in Furtherance of Hate Crimes]
16

17      The Grand Jury further charges:  T H A T

18                    DALLAS ERIN HUMBER and
                    MATTHEW ROBERT ALLISON,
19

20  defendants herein, between on or about July 14, 2022, and on or about September 5, 2024, in the State

21  and Eastern District of California, and elsewhere, aiding and abetting one another, distributed by any

22  means information pertaining to, in whole and in part, the manufacture and use of an explosive and

23  destructive device, with the intent that the information be used for, and in furtherance of, an activity that

24  constitutes a federal crime of violence—specifically, to willfully cause bodily injury to any person

25  because of the actual or perceived race, color, religion, or national origin of any person, in an attempt to

26  kill, in violation of Title 18, United States Code, Sections 249(a)(1) and 249(a)(1)(B)(ii); and to willfully

27  cause bodily injury to any person because of the actual or perceived sexual orientation or gender identity

28  of any person, in an attempt to kill, in violation of Title 18, United States Code, Sections 249(a)(2)(A)

1  and 249(a)(2)(A)(ii)(II), under circumstances that, if carried out, would affect commerce in a manner set

2  forth in § 249(a)(2)(B)—as detailed in the General Allegations of this Indictment, which are realleged

3  and incorporated herein.

4       All in violation of Title 18, United States Code, Section 842(p)(2)(A) and 2.

5  COUNT FIFTEEN: [18 U.S.C. § 2339A – Conspiracy to Provide Material Support to Terrorists]

6       The Grand Jury further charges:  T H A T

7                    DALLAS ERIN HUMBER and
                     MATTHEW ROBERT ALLISON,
8

9  defendants herein, beginning in or about January 2022, and continuing through in or about September

10  2024, in the State and Eastern District of California, and elsewhere, together with persons known and

11  unknown to the Grand Jury, knowingly and intentionally conspired to provide "material support or

12  resources," as that term is defined in Title 18, United States Code, Section 2339A(b), namely, services,

13  property, personnel, training, and expert advice or assistance, knowing and intending that they were to

14  be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Sections

15  844(f)(1)(2) (arson or bombing of federal property), 844(i) (arson or bombing of property used in

16  interstate or foreign commerce), 1114 (killing or attempted killing of a federal official), and 1366

17  (destruction or damage of an energy facility), as detailed in the General Allegations of this Indictment,

18  which are realleged and incorporated herein.

19       All in violation of Title 18, United States Code, Section 2339A.

20  FORFEITURE ALLEGATION:        [18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c)
                                  – Criminal Forfeiture]
21

22       1.     Upon conviction of one or more of the offenses alleged in Counts One and Twelve

23  through Fifteen of this Indictment, defendants DALLAS ERIN HUMBER and MATTHEW ROBERT

24  ALLISON shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), (G) and 28 U.S.C.

25  § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to

26  such violations, including but not limited to a sum of money equal to the total amount of proceeds

27  traceable to such offenses, for which defendants are convicted.

28       2.     If any property subject to forfeiture, as a result of the offenses alleged in Counts One and

1   Twelve through Fifteen of this Indictment, for which defendants are convicted:

2         a.    cannot be located upon the exercise of due diligence;

3         b.    has been transferred or sold to, or deposited with, a third party;

4         c.    has been placed beyond the jurisdiction of the court;

5         d.    has been substantially diminished in value; or

6         e.    has been commingled with other property which cannot be divided without

7              difficulty;

8   it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to

9   seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

10

11                              A TRUE BILL.

12                              **/s/ Signature on file w/AUSA**

13

14                              _____

15                              FOREPERSON

16   PHILLIP A. TALBERT
    United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

**No Bail Warrant Pending Hearing**

HUMBER, Dallas Erin, and
ALLISON, Matthew Robert

**No Bail Warrant Pending Hearing**

I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 371; 18 U.S.C. § 373 (4 counts); 18 U.S.C. § 373 (3 counts);
18 U.S.C. § 119 (3 counts); 18 U.S.C. § 875(c); 18 U.S.C. § 842(p) (2 counts);
18 U.S.C. § 2339A; 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c)

*A true bill,*

**/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ 5th _ _ *day*

*of* _ September _ _ _ _ _ _ _ _ _ _ *, A.D. 20* 24 _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ /s/ R. Alvarez _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

**No Bail Warrant Pending Hearing**

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _

GPO 863 525

<u>United States v. Dallas Erin Humber, et al.</u>
**Penalties for Indictment**

**<u>Defendants</u>**
**DALLAS ERIN HUMBER**
**MATTHEW ROBERT ALLISON**

**<u>COUNT 1:</u>**          **DALLAS ERIN HUMBER**
               **MATTHEW ROBERT ALLISON**

VIOLATION:         18 U.S.C. § 371 – Conspiracy

PENALTIES:        Maximum five-year term of imprisonment
               Maximum $250,000 fine or both fine and imprisonment
               Three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**<u>COUNTS 2-5:</u>**       **DALLAS ERIN HUMBER**
               **MATTHEW ROBERT ALLISON**

VIOLATION:         18 U.S.C. § 373 – Solicitation of a Hate Crime

PENALTIES:        Maximum twenty-year term of imprisonment
               Maximum $250,000 fine or both fine and imprisonment
               Five-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**<u>COUNTS 6-8:</u>**       **DALLAS ERIN HUMBER**
               **MATTHEW ROBERT ALLISON**

VIOLATION:         18 U.S.C. § 373 – Solicitation of Murder of a Federal Official

PENALTIES:        Maximum twenty-year term of imprisonment
               Maximum $250,000 fine or both fine and imprisonment
               Five-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**<u>COUNTS 9-11:</u>**      **DALLAS ERIN HUMBER**
               **MATTHEW ROBERT ALLISON**

VIOLATION:         18 U.S.C. § 119 – Doxing Federal Officials

35

PENALTIES:          Maximum five-year term of imprisonment
                    Maximum $250,000 fine or both fine and imprisonment
                    Three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 12:**          **DALLAS ERIN HUMBER**
                    **MATTHEW ROBERT ALLISON**

VIOLATION:          18 U.S.C. § 875(c) – Interstate Threatening Communications

PENALTIES:          Maximum five-year term of imprisonment
                    Maximum $250,000 fine or both fine and imprisonment
                    Three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 13-14:**      **DALLAS ERIN HUMBER**
                    **MATTHEW ROBERT ALLISON**

VIOLATION:          18 U.S.C. § 842(p) – Distribution of Information Relating to Explosives and
                    Destructive Devices

PENALTIES:          Maximum twenty-year term of imprisonment
                    Maximum $250,000 fine or both fine and imprisonment
                    Three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 15:**          **DALLAS ERIN HUMBER**
                    **MATTHEW ROBERT ALLISON**

VIOLATION:          18 U.S.C. § 2339A – Conspiracy to Provide Material Support to Terrorists

PENALTIES:          Maximum fifteen-year term of imprisonment
                    Maximum $250,000 fine or both fine and imprisonment
                    Three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION:          18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c) – Criminal
                    Forfeiture

PENALTIES:          As stated in the charging document

36