JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 465883
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>MATTHEW ROBERT ALLISON,<br><br>         Defendant. | Case No. 1:24-mj-00225-CWD<br><br>**GOVERNMENT'S MOTION FOR DETENTION** |

The United States, by and through undersigned counsel, respectfully submits the Government's Motion for Detention pursuant to The Bail Reform Act, Title 18, United States Code, Section 3142.  *See* Government Attachment 1 (Attachment 1).  As set forth in detail in Attachment 1, the Government seeks the pretrial detention of Defendant, Matthew Robert Allison (ALLISON) both as a risk of flight and as a danger to the safety of others and the community. Attachment 1 was filed with the United States District Court for the Eastern District of California on September 10, 2024 (Case 2:24-cr-00257-DJC (ECF 11)), in support of the pretrial detention

of ALLISON's co-conspirator, Dallas Erin Humber (HUMBER). As set forth in Attachment 1, Exhibits A-Z shall be filed under seal.

Respectfully submitted this 10th day of September, 2024.

                JOSHUA D. HURWIT
                UNITED STATES ATTORNEY
                By:

                */s Heather S. Patricco*_____
                HEATHER S. PATRICCO