UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW ROBERT ALLISON,<br><br>Defendant. | Case No. 1:24-mj-00225-CWD<br><br>**ORDER RE: GOVERNMENT'S APPLICATION TO SEAL DOCUMENTS (DKT. 5)** |

Before the Court is the Government's Application to Seal Documents. (Dkt. 5). The Government requests an order sealing Exhibits A-Z filed in support of its Motion for Detention (Dkt. 4, 6), and permitting access to such sealed documents only by the Government and counsel for the Defendant. For the reasons explained below, the Court will grant the Application to Seal Documents.

## DISCUSSION

There is a strong presumption of public access to judicial records which may be overcome if the Court finds a compelling reason to seal and articulates a factual basis for its decision. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). For the reasons stated in the Government's Application to Seal, the Court finds compelling reasons have been shown to seal Exhibits A-Z. Dist. Loc. Crim. R. 6.0, Dist. Loc. Civ. R. 5.3. Specifically, that disclosure of the exhibits would interfere with an ongoing investigation and could result in physical harm to individuals. (Dkt. 5). The Court's own review of the

ORDER - 1

exhibits reveals that they contain information which, if publicly disseminated, could jeopardize the ongoing investigation and the safety of certain individuals. These are compelling reasons that outweigh the general right of public access to the exhibits.

Further, the motion for detention itself and the Indictment are both publicly filed and available. (Dkt. 1, 4). Those documents detail the bases for the Government's motion for detention and the charges alleged against the Defendant. Thus, the request to seal is narrowly tailored to serve a compelling interest by seeking to seal only the exhibits supporting the motion for detention. Sealing the exhibits while providing for public access to the other filings in this matter strikes the proper balance between the public's right to access judicial records while protecting the specific and compelling reasons justifying sealing of the exhibits. For these reasons, the Court will grant the Application to Seal.

## ORDER

THEREFORE IT IS HEREBY ORDERED that the Application to Seal Documents (Dkt. 5) is **GRANTED** and Exhibits A-Z to the Government's Motion for Detention (Dkt. 6) are **SEALED** until further order of the Court. Access to Exhibits A-Z is limited to the Government and counsel for the Defendant.

DATED: September 10, 2024

Honorable Candy W. Dale
United States Magistrate Judge